■ In the Matter of WONDER WILLIAMS, Petitioner, v HAROLD GRAHAM, Superintendent of Auburn Correctional Facility, Respondent. [994 NYS2d 877]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered Sept. 4, 2013) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (see Matter of Free v Coombe, 234 AD2d 996 [1996]). Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ In the Matter of WILLIE JAMES, Petitioner, v BRIAN FISCHER, as Commissioner of New York State Department of Corrections and Community Supervision, Respondent. [994 NYS2d 878]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Thomas G. Leone, A.J.], entered Sept. 27, 2013) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.